# Third District Court of Appeal

**State of Florida**

Opinion filed January 13, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1410
Lower Tribunal No. 03-35081
_____

**Christopher Troy Myles,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Christopher Troy Myles, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, SCALES and HENDON, JJ.

PER CURIAM.

Affirmed.